1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. ACV 07-7944 |
|---|---|---|
| Plaintiff, | ) | CONSENT JUDGMENT |
| v. | ) | |
| STEVEN A. GOLIGHTLY, | ) | |
| Defendant. | ) | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, STEVEN A. GOLIGHTLY, in the total amount of $10,029.60.

Dated: 2/6/08

SHERRI R. CARTER, CLERK
United States District Court
Central District of California

/s/ K.Phillips for Sharon McGee-Traylor
By: Deputy Clerk

1